IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Phillip S. Figa

Criminal Action No. 06-cr-00106-F

UNITED STATES OF AMERICA,

    Plaintiff,

v.

TEENA WILLIAMS,

    Defendant.

---

## ORDER TO SET HEARING

---

    This matter is before the Court on receipt of a letter from Defendant Teena Williams' mother, Jeanette Shead. Counsel for the Government and defense counsel are DIRECTED to confer and contact Chambers (303-335-2174) at their earliest opportunity to set a telephone conference <u>for no later than February 9, 2007</u> to discuss the contents of said letter.

    The Court notes that a copy of said letter has been forwarded to AUSA David Conner via inter-office mail and to defense counsel, Jonathan Willett, via fax.

    DATED: February 5, 2007

                                            BY THE COURT:

                                            *s/ Phillip S. Figa*

                                            _____
                                            Phillip S. Figa
                                            United States District Judge