IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Phillip S. Figa

Criminal Action No. 06-cr-00106-F

UNITED STATES OF AMERICA,

    Plaintiff,

v.

TEENA WILLIAMS,

    Defendant.

---

## ORDER SETTING HEARING

---

This matter is before the Court on receipt of a letter from Defendant Teena Williams' mother, Jeanette Shead. IT IS ORDERED that a hearing by telephone conference is set for **Friday, February 9, 2007 at 11:00 a.m.** regarding this matter. Government and defense counsel are directed to arrange to contact Chambers at 303-335-2174 on a conference line **(no speaker, cordless or cell phones)** at the appropriate time to be forwarded to the courtroom telephone. It is not necessary for Defendant Williams to attend this hearing.

    DATED: February 8, 2007

                                              BY THE COURT:

                                              *s/ Phillip S. Figa*

                                              _____
                                              Phillip S. Figa
                                              United States District Judge